JS-6/ENTER

FILED

JAN - 3 2011

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

MICHAEL O'NEAL, SR.,

      Petitioner,

      v.

JAMES A YATES, WARDEN,

      Respondent.

)
)
)
)
)
)
)
)
)
)

Case No.   CV 09-3545-DMG (MLG)

**JUDGMENT**

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the Petition is denied with prejudice.

Dated:   December 29, 2010

Dolly M. Gee
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 3 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY